CHAD HATFIELD
Attorney at Law
Hatfield Law, PLLC
8131 W Klamath Ct, Ste D
Kennewick, WA 99336
Telephone: (509) 378-3696
Fax: (855) 945-0946
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PENDLETON DIVISION

| | |
|---|---|
| DEREK KRUEGER, | |
| Plaintiff, | Case No. 2:19-cv-01044-MK |
| vs. | |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | PROPOSED ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |
| Defendant. | |

Plaintiff was awarded at least $97,416 in backpay. Twenty-five percent of the backpay is $24,354. Counsel for Plaintiff will petition for §406(a) administrative fees from the Social Security Administration on this claim in the amount of $7,065.45, and has previously been awarded EAJA attorney fees from this Court in the amount of $7,065.45.

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)-1

Plaintiff requests this Court grant §406(b) attorney fees in the amount of $24,354. This Court finds that §406(b) attorney fees in the amount of $17,288.55 are a reasonable attorney fee and hereby awards Chad Hatfield, attorney for plaintiff, §406(b) attorney fees in the amount of $24,354. An offset of $7,065.45 for EAJA attorney fees will be taken leaving a net §406(b) payable to Mr. Hatfield of $17,288.55 to the address listed below.

> Chad Hatfield
> Hatfield Law, PLLC
> 8131 W Klamath Ct, Ste D
> Kennewick, WA 99336

It is hereby ORDERED that §406(b) attorney fees are awarded to Mr. Hatfield in the amount of $24,354 and plaintiff is due an offset of $7,065.45 for previously paid EAJA fees, leaving a net attorney fee due Mr. Hatfield of $17,288.55.

IT IS SO ORDERED this 21st day of April 2021.

> s/ Mustafa T. Kasubhai
> MUSTAFA T. KASUBHAI
> United States Magistrate Judge

Presented by:
s/ CHAD HATFIELD  WSBA #38040

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)- 2